1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVERT L. EOFF,

       Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. C05-5324FDB

ORDER SETTING BRIEFING
SCHEDULE

     Petitioner moves pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  The
Government's Answer and Petitioner's reply is schedule as follows:

    •    Government's Answer is due no later than Friday, July 22, 2005;

    •    Petitioner's Reply is due no later than Friday, August 19, 2005.

    SO ORDERED.

    DATED this 3rd day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1