Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EVERT L. EOFF, ) | NO. C05-5324FDB |
| Petitioner, ) | CR02-5440FDB |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |
| _____ ) | |

THE COURT having considered the Government's Motion for an extension of Time;

IT IS HEREBY ORDERED that the Government's response in this case shall be due on July 29, 2005; and

IT IS FURTHER ORDERED that Respondent's Reply, if any, shall be due on August 26, 2005.

///

///

///

1  DATED this 28th day of July, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

s/Kelly L. Harris
KELLY L. HARRIS
Executive Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2277
Fax: (206) 553-0755
E-mail:      Andrew.Friedman@usdoj.gov
             Kelly.Harris@usdoj.gov