Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERT L. EOFF,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | NO. C05-5324FDB<br>     CR02-5440FDB<br><br>ORDER |

The Court having reviewed the Government's Motion to File a Brief in Excess of Twelve Pages, enters into the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED: The Government may file a response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence that does not exceed 30 pages in length.

///

///

///

ORDER/EOFF
(C05-5324FDB & CR02-5440FDB) — 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 8th day of August, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

s/Kelly L. Harris
KELLY L. HARRIS
Executive Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail: Andrew.Friedman@usdoj.gov
        Kelly.Harris@usdoj.gov

ORDER/EOFF
(C05-5324FDB & CR02-5440FDB) — 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970